

| | |
|---|---|
| **TO:** | Maria Bustamante, Paralegal-Litigation<br>United Airlines, Inc.<br>609 MAIN STREET, 16TH FLOOR/HSCPZ<br>HOUSTON, TX 77002-3167 |
| **RE:** | **Process Served in New York** |
| **FOR:** | United Airlines, Inc.  (Domestic State: DE) |

# Service of Process Transmittal
09/17/2020
CT Log Number 538264550

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROGER RAMSAROOP, PLTF. vs. UNITED AIRLINES, INC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 7130362020 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/17/2020 at 12:32 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/18/2020, Expected Purge Date: 09/23/2020<br><br>Image SOP<br><br>Email Notification,  Tom Campuzano  thomas.d.campuzano@united.com<br><br>Email Notification,  Maria Bustamante  maria.bustamante@united.com<br><br>Email Notification,  Paula Hernandez  paula.hernandez01@united.com<br><br>Email Notification,  Javaria Neagle  javaria.neagle@united.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of  1 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Sep 17, 2020

**Server Name:** NY-NYC DROPOFFPROCESSSERVER

**Location:** NYC, NY

| | |
|---|---|
| Entity Served | UNITED AIRLINES INC |
| Agent Name | |
| Case Number | 7130362020 |
| Jurisdiction | NY |

